# United States District Court

## Southern District of Georgia

CHRISTY BROWN,

Plaintiff

v.

JEBEDIAH S. CHRISTY, D.D.S. – STATESBORO, PPLC AND

Defendant

Case No.   6:25-cv-00003-JHR-BKE

Appearing on behalf of   Defendant ASPEN DENTAL MANAGEMENT, INC.

(Plaintiff/Defendant)

### ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This   19th   day of   May   ,   2026   .

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

*****

NAME OF PETITIONER:   Leslie M. Perkins

Business Address:   Littler Mendelson, P.C.
Firm/Business Name

3424 Peachtree Road NE
Street Address

| Suite 1200 | Atlanta | GA | 30326 |
|---|---|---|---|
| Street Address (con't) | City | State | Zip |

_____
Mailing Address (if other than street address)

| | | | |
|---|---|---|---|
| Address Line 2 | City | State | Zip |

(404) 233-0330     979305
Telephone Number (w/ area code)     Georgia Bar Number

Email Address:   lperkins@littler.com