IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| CHRISTY BROWN, | * |
| Plaintiff, | * |
| v. | * CV 625-003 |
| JEBEDIAH S. CHRISTY, D.D.S. – STATESBORO, PLLC, and ASPEN DENTAL MANAGEMENT, INC., | * |
| Defendants. | * |

O R D E R

Before the Court is the Parties' joint stipulation of dismissal with prejudice. (Doc. 16.) All Parties signed the stipulation; thus, the Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS THEREFORE ORDERED** that this matter is **DISMISSED WITH PREJUDICE.** The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each party shall bear its own costs and fees unless otherwise agreed.

**ORDER ENTERED** at Augusta, Georgia, this 28th day of October, 2025.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA